IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LOUIE D. ERVIN, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) Case No. |
| URSA LOGISTICS, and TRILLIUM DRIVER SOLUTIONS | ) ) ) ) ) |
| *Defendants*. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midwest Construction Services, Inc. d/b/a Trillium Driver Solutions ("Defendant" or "Trillium") removes to the United States District Court for the Central District of Illinois, Peoria Division, the action styled *Louie D. Ervin v. URSA Logistics, and Trillium Driver Solutions,* No. 20-L-00232, currently pending in the Circuit Court of the Tenth Judicial Circuit, Peoria County, Illinois. In support of its Notice of Removal, Defendant states as follows:

**I.    THE REMOVED ACTION**

1.    On October 6, 2020, Plaintiff Louie D. Ervin ("Plaintiff") filed a Verified Complaint in the Circuit Court of the Tenth Judicial Circuit, Peoria County, Illinois under Case No. 20-L-00232 against Trillium and URSA Logistics. (referred to as the "State Court Action"). A true and correct copy of the Verified Complaint is attached as Exhibit A.

2.    On October 16, 2020, Trillium was served with a copy of the Summons and Verified Complaint.  A true and correct copy of the Trillium Summons filed in the State Court Action is attached as Exhibit B.

3. On October 16, 2020, Defendant URSA Logistics was served with a copy of the Summons and Verified Complaint. A true and correct copy of the URSA Logistics Summons filed in the State Court Action is attached as Exhibit C.

4. Removal in this action is timely as Trillium has filed this Notice of Removal within thirty (30) days following service of the Summons and Complaint in accordance with 28 U.S.C. § 1446(b).

5. The Circuit Court of Peoria County, Illinois is located within the Central District of Illinois, Peoria Division. 28 U.S.C. §93. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**A. DIVERSITY OF CITIZENSHIP EXISTS AMONG PARTIES PROPERLY JOINED AND SERVED.**

6. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the controversy is between citizens of different states.

7. Plaintiff is a citizen of the State of Illinois. (Compl. p. 3).

8. Defendant Midwest Construction Services, Inc. d/b/a Trillium Driver Solutions is an Iowa corporation with its principal place of business in Kalamazoo, Michigan.

9. Defendant URSA Logistics, Inc. is a Wisconsin corporation with its principal place of business in Oak Creek, Wisconsin.

10. Pursuant to 28 U.S.C. § 1446(b)(2)(A) Defendant URSA Logistics, Inc. consents to this removal. A true and correct copy of URSA Logistics, Inc.'s Consent is attached as Exhibit D.

**B.    THE AMOUNT-IN-CONTROVERSY IS SATISFIED.**

11.     Removal of this action is also proper under 28 U.S.C. §1332(a) because the statutory amount is satisfied.

12.     Plaintiff's Verified Complaint asserts a claim for Retaliatory Discharge for allegedly terminating Plaintiff's employment "due to his exercise of his rights or remedies granted to him by the Workers' Compensation Act and at common law." (Ex. A, ¶ 6).

13.     Plaintiff claims he has been damaged in the amount of $78,629.47 and further seeks $157,258.93 in punitive damages. (Ex. A, ¶ 8).   Thus the amount-in-controversy is satisfied.

14.     "The amount in controversy is not proof that the amount the plaintiff will recover. Rather, it is an estimate of the amount that will be put at issue in the course of the litigation. To this end, the documents that demonstrate plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal, even though they cannot be used to support the ultimate amount of liability." *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008) (citing *Meridian Sec. Ins. V. Sadowski*, 441 F.3d 536 (7th Cir. 2006).

15.     Because there is complete diversity between Plaintiff and the served parties and the amount in controversy exceeds $75,000, the Court has original jurisdiction under 28 U.S.C. § 1332.

**II.    RESERVATION OF RIGHTS**

16.     Defendant's filing of this Notice of Removal is not intended, nor should be construed, as any type of express or implied admission by Defendant of any fact, of the validity or merits of any of Plaintiff's claims and allegations, or of any liability for the same, all of which is/are hereby expressly denied, or as any type of express or implied waiver or limitation of any of

Defendant's rights, claims, remedies, and defenses in connection with this action, all of which are hereby expressly reserved.

**III.   NOTICE**

17.   A copy of the Notice of Removal, together with a copy of the Notice of Filing Notice of Removal, is being served on Plaintiff. A copy of its removal notice is also being provided to the Clerk of the Circuit Court of Peoria County, Illinois, as required under 28 U.S.C. § 1446(d).

**IV.   CONCLUSION**

Based on the foregoing, Defendant Midwest Construction Services, Inc. d/b/a Trillium Driver Solutions respectfully requests that the Court assume jurisdiction over this case in accordance with 28 U.S.C. §§ 1332, 1441, 1446.

DATED: NOVEMBER 13, 2020.                                 Respectfully submitted,

By:   /s/ Carol A. Poplawski
One of the Attorneys for Defendant
Midwest Construction Services, Inc. d/b/a
Trillium Driver Solutions

Carol A. Poplawski (ARDC No. 6192132)
**OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone:  312.558.1220
*Carol.poplawski@ogletreedeakins.com*

4

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on November 13, 2020, she filed the foregoing **Notice of Removal** electronically with the Clerk of Court using the ECF system and served a copy of the foregoing by electronic mail upon:

> Timothy P. Cushing, Esq.
> JIM ROCHFORD & ASSOCIATES LAW FIRM
> 101 SW Adams Street, Suite 700
> Peoria, Illinois 61602
> (309) 637-5322
> drochford@rochfordlaw.com
>
> Shirley Mays
> Corporate Counsel
> URSA Logistics
> 2075 W Pinnacle Peak Rd. Suite 130
> Phoenix, AZ 85027
> smays@evotransinc.com

/s/ Carol A. Poplawski
One of the Attorneys for Defendants

44832145.1

# EXHIBIT A

FILED
ROBERT M. SPEARS
10/6/2020 1:52 PM
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
PEORIA COUNTY, ILLINOIS

| | |
|---|---|
| LOUIE D. ERVIN<br><br>Plaintiff,<br><br>vs.<br><br>URSA LOGISTICS and<br>TRILLIUM DRIVER<br>SOLUTIONS,<br><br>Defendants. | CASE NUMBER: 20-L-00232<br><br>**JURY OF 12 DEMANDED** |

## COMPLAINT

NOW COMES Plaintiff, LOUIE D. ERVIN, by and through his attorneys, JIM ROCHFORD AND ASSOCIATES, state and complain against Defendants URSA LOGISTICS and TRILLIUM DRIVER SOLUTIONS, as follows:

### RETA`LIATORY DISCHARGE
*Louie Ervin v. URSA Logistics and Trillium Driver Solutions*

1) All or part of the underlying transaction occurred in Peoria County, Illinois.
2) At all times relevant hereto, Plaintiff Louie Ervin was an employee of Trillium Driver Solutions and URSA Logistics under a borrowing and lending employer arrangement.
3) On or about February 15, 2016, Plaintiff suffered a work related injury at his place of employment.
4) Upon information and belief, Defendants were aware of the fact that Plaintiff had suffered a work-related injury on the above-referenced date by virtue of Plaintiff giving notice.
5) On or about February 16, 2016, Plaintiff was terminated from his employment due to the above-referenced work injury.
6) Upon information and belief, Defendants terminated Plaintiff's employment due to his exercise of his rights or remedies granted to him by the Workers' Compensation Act and at common law.

Per Order of the Chief Judge,
this case is set for a Case Management Conference on
03/05/2021@9:30AM    in Courtroom 213/214 of the
Peoria County Courthouse.
FAILURE TO ATTEND, IF THERE IS JURISDICTION,
WILL RESULT IN A DEFAULT JUDGEMENT.
Parties are to have completed or enrolled in the
Children First Program by the aforesaid CMC date.

7) Upon information and belief, Defendants acted in bad faith and with actual malice and with such gross negligence as to indicate a wanton disregard of Plaintiff's rights under the Illinois Workers' Compensation Act and common law.

8) As a direct and proximate cause of Defendants' actions, Plaintiff has been damaged in the amount of $78,629.47 in compensatory damages, including past lost wages of $51,504.67 and future lost wages of $27,124.80 and further seeks $157,258.93 in punitive damages.

9) Plaintiff has made a demand upon Defendants, and, to date, they have not responded. Exhibit A.

WHEREFORE Plaintiff, LOUIE D. ERVIN, by and through his attorneys, JIM ROCHFORD AND ASSOCIATES, prays this Honorable Court enter judgment in his favor and against Defendants, URSA LOGISTICS and TRILLIUM DRIVER SOLUTIONS as follows:

a. $78,629.47 in compensatory damages, including past lost wages of $51,504.67 and future lost wages of $27,124.80;
b. $157,258.93 in punitive damages;
c. Court costs and
d. Any such other relief as may be just and proper.

DATED: October 5, 2020

Respectfully Submitted,
Plaintiff, LOUIE D. ERVIN

BY: _Timothy P. Cushing_
For Jim Rochford and Associates

Timothy P. Cushing, Esq.
JIM ROCHFORD & ASSOCIATES LAW FIRM
101 SW Adams Street, Suite 700
Peoria, Illinois 61602
Telephone (309) 637-5322
Facsimile (309) 637-5346
E-Mail: drochford@rochfordlaw.com
Attorney #1612

## VERIFICATION

I, Louie Ervin, having first been duly sworn, do state and depose that I am the Plaintiff herein and that I have reviewed the above and foregoing Complaint and same is true and correct to the best of my information and belief.

_____
Louie Ervin

Subscribed and sworn to before me this

__5__ day of _October_, 2020

_____
Notary Public

MARY L THOMAS
OFFICIAL SEAL
Notary Public, State of Illinois
(Seal) Commission Expires
May 24, 2022

2\l. ervin verification

# EXHIBIT B

FILED
ROBERT M. SPEARS
10/26/2020 8:37 AM
CLERK OF THE CIRCUIT COURT



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855
Records - (217) 753-6846

JACK CAMPBELL
#1 Sheriffs Plaza
Springfield, IL 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

SG TRACKING #20- 5052

I, S. Smherou, certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number 20L232

Name of defendant: Trillium Driver Solutions

Name of other person Summons left with: Karl Lueschen

Sex: (M / F)   Race: W   Approx. Age: 30's

Date of Service 10-16 /2020 Time 14:00

Date of Mailing _____

Address at which paper was served:
801 ADLAI STEVENSON DR
SPFLD IL

Service fees (Circle One) **$50.00** or $100.00

Circle One: **PAID**   PAUPER   NO CHARGE

Jack Campbell, Sheriff of Sangamon County Sheriff's Office

By _____, Deputy # 1298

IN PARTNERSHIP WITH THE COMMUNITY

20-5052

# IN THE CIRCUIT COURT OF THE TENTH
# JUDICIAL CIRCUIT PEORIA COUNTY, ILLINOIS

| | |
|---|---|
| LOUIE D. ERVIN )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>URSA LOGISTICS AND )<br>TRILLIUM DRIVER SOLUTIONS )<br>)<br>Defendants, ) | Case 20-L-00232<br><br>serve by Sangamon Cty Sheriff<br><br>RECEIVED<br>OCT 0 9 2020<br>SHERIFF'S OFFICE<br>RECORD SECTION |

## 30 DAY SUMMONS

TO DEFENDANT 1: URSA Logistics,
ADDRESS: registered agent Illinois Corporation Service, 801 Adlai Stevenson Dr., Springfield, IL 62703
TO DEFENDANT 2: Trillium Driver Solutions,
ADDRESS: registered agent Illinois Corporation Service, 801 Adlai Stevenson Dr., Springfield, IL 62703

You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court, located in Peoria County Courthouse, Peoria, Illinois within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

**You are required to file your written appearance by yourself or your attorney and pay the required fee.** Such a fee may be waived if a defendant is deemed pauper by the Court. Pauper's Affidavits are available and fees must be paid in the Office of the Circuit Clerk, Peoria County Courthouse, 324 Main St. Peoria, IL 61602.

**E-filing** is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp.

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS: 10/6/2020

Robert M Spears
CLERK OF COURT

BY _____
DEPUTY

[SEAL - TENTH JUDICIAL CIRCUIT COURT OF ILLINOIS, PEORIA COUNTY]

JIM ROCHFORD & ASSOCIATES
101 SW Adams, Ste. 700
Peoria, IL 61602
Telephone: 309/637-5322 Fax: 309/637-5346
Attorney #1612 -6186168

20-31735

# EXHIBIT C

FILED
ROBERT M. SPEARS
10/26/2020 8:37 AM
CLERK OF THE CIRCUIT COURT



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

Administration - (217) 753-6855  
Records - (217) 753-6846

JACK CAMPBELL  
#1 Sheriffs Plaza  
Springfield, IL 62701

Investigations - (217) 753-6840  
Corrections - (217) 753-6886

SG TRACKING #20- 5553

I, S Smerou _____ certify that I served this summons as follows:

☐ Personal service on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ Abode service on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ Corporation service, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ Other service, as described below.

Case Number **20L232**

Name of defendant **URSA Logistics**

Name of other person Summons left with **Karl Lueschen**

Sex: (M / F)   Race: **W**   Approx. Age: **30's**

Date of Service **10-16** /2020   Time **14:00**

Date of Mailing _____

Address at which paper was served:  
**801 ADLAI STEVENSON DR**  
**SPFLD IL**

Service fees (Circle One) $50.00 or $100.00

Circle One:   PAID   PAUPER   NO CHARGE

Jack Campbell, Sheriff of Sangamon County Sheriff's Office

By _____, Deputy # **2298**

IN PARTNERSHIP WITH THE COMMUNITY

20-5053

## IN THE CIRCUIT COURT OF THE TENTH
## JUDICIAL CIRCUIT PEORIA COUNTY, ILLINOIS

LOUIE D. ERVIN )
)
        Plaintiff, )
vs. ) Case 20-L-00232
)
URSA LOGISTICS AND ) serve by Sangamon Cty Sheriff
TRILLIUM DRIVER SOLUTIONS )
)
        Defendants, )

RECEIVED OCT 0 9 2020 SHERIFF'S OFFICE RECORD SECTION

### 30 DAY SUMMONS

TO DEFENDANT 1: URSA Logistics,
ADDRESS: registered agent Illinois Corporation Service, 801 Adlai Stevenson Dr., Springfield, IL 62703
TO DEFENDANT 2: Trillium Driver Solutions,
ADDRESS: registered agent Illinois Corporation Service, 801 Adlai Stevenson Dr., Springfield, IL 62703

    You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court, located in Peoria County Courthouse, Peoria, Illinois within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

    **You are required to file your written appearance by yourself or your attorney and pay the required fee.** Such a fee may be waived if a defendant is deemed pauper by the Court. Pauper's Affidavits are available and fees must be paid in the Office of the Circuit Clerk, Peoria County Courthouse, 324 Main St. Peoria, IL 61602.

    **E-filing** is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp.

    This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.

WITNESS: 10/6/2020

*Robert M Spears*
CLERK OF COURT

BY *[signature]*
DEPUTY

[SEAL — TENTH JUDICIAL CIRCUIT COURT OF PEORIA COUNTY, ILLINOIS]

JIM ROCHFORD & ASSOCIATES
101 SW Adams, Ste. 700
Peoria, IL 61602
Telephone: 309/637-5322 Fax: 309/637-5346
Attorney #1612 -6186168

20-31735

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| LOUIE D. ERVIN, | ) |
|     *Plaintiff*, | ) ) ) |
| v. | ) Case No. |
| URSA LOGISTICS, and TRILLIUM DRIVER SOLUTIONS, | ) ) ) ) |
|     *Defendants*. | ) ) |

## CONSENT TO REMOVAL

Pursuant to 28 U.S.C. § 1441(b)(2)(A), Defendant URSA Logistics, Inc. joins in and consents to the removal of *Louie D. Ervin v. URSA Logistics, and Trillium Driver Solutions*, No. 20-L-00232, from the Circuit Court of the Tenth Judicial Circuit, Peoria County, Illinois to the United States District Court for the Central District of Illinois, Peoria Division. In consenting to removal, URSA Logistics, Inc. does not waive any rights or defense to which it is otherwise entitled, including but not limited to, those rights and defenses set forth in the Federal Rules of Civil Procedure.

Respectfully submitted,

*[signature]* corp. cwnsel
URSA Logistics, Inc.

44878881.1