# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **LOUIE D. ERVIN,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**URSA LOGISTICS AND TRILLIUM DRIVER SOLUTIONS,**<br><br>　　　　　Defendants. | No. 20-cv-01397<br><br>Honorable James E. Shadid<br><br>Magistrate Jonathan E. Hawley |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and this Court's October 6, 2021 Order, the Parties, by and through their undersigned attorneys, hereby stipulate to the dismissal of all claims in this matter with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  November 5, 2021                         Respectfully submitted,

**TRILLIUM DRIVER SOLUTIONS**                    **URSA LOGISTICS**

By:　/s/ Scott James Preston                     By:　/s/Kerri Feczko
　　　One of the Attorneys for Defendant              One of the Attorneys for Defendant
　　　TRILLIUM DRIVER SOLUTIONS                       URSA LOGISTICS

Scott James Preston (No. 25436-49)               Staci K. Rotman (No. 6243241)
Lucy Bednarek (No. 6269389)                      Kerri Feczko (No. 6320598)
**OGLETREE, DEAKINS, NASH, SMOAK &**             **LITTLER MENDELSON, P.C.**
**STEWART, P.C.**                                321 N. Clark Street, Suite 1100
155 N. Wacker Drive, Suite 4300                  Chicago, IL 60654
Chicago, IL 60606                                Telephone: 312-795-3213
Telephone: 312-558-1220                          srotman@littler.com
scott.preston@ogletree.com                       kfeczko@littler.com
lucy.bednarek@ogletree.com

[Signatures continued on next page]

**LOUIE D. ERVIN**

By: /s/ Timothy Cushing
     One of the Attorneys for Plaintiff
     LOUIE D. ERVIN

Timothy P. Cushing (No. 1612)
Jim Rochford & Associates Law Firm
101 SW Adams Street, Suite 700
Chicago, IL 61602
Telephone: 309-637-5322
tcushing@rochfordlaw.com

1:20-cv-01397-JES-JEH  # 22  Filed: 11/05/21  Page 3 of 3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on November 5, 2021, she caused a copy of the foregoing *Stipulation of Dismissal* to be electronically filed with the Clerk of the Court, using the court's CM/ECF system, which will serve the same upon the following counsel of record:

>Scott James Preston
>Lucy Bednarek
>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
>155 N. Wacker Drive, Suite 4300
>Chicago, Illinois 60606
>scott.preston@ogletree.com
>lucy.bednarek@ogletree.com

>Timothy P. Cushing, Esq.
>JIM ROCHFORD & ASSOCIATES LAW FIRM
>101 SW Adams Street, Suite 700
>Peoria, Illinois 61602
>tcushing@rochfordlaw.com

>      /s/Kerri Feczko
>*One of URSA's Attorneys*

3